RECEIVED
NOV 0 9 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-72 |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| JOHN CURTIS VEST-WALKER, | ) | T. 18 U.S.C. § 371 |
| | ) | T. 18 U.S.C. § 922(a)(6) |
| Defendant. | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(a)(1)(A) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Drug User in Possession of a Firearm)

On or about December 10, 2020, in the Southern District of Iowa, the defendant, JOHN CURTIS VEST-WALKER, in and affecting commerce, knowingly possessed a firearm, namely: a loaded, 12-gauge Mossberg shotgun, with serial number MV0115369. At the time of the offense, the defendant knew he was an unlawful user of a controlled substance, namely marijuana.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (False Statement During Purchase of a Firearm)

On or about October 16, 2020, in the Southern District of Iowa, the defendant, JOHN CURTIS VEST-WALKER, in connection with the acquisition of a firearm, namely a nine-millimeter Springfield XD with serial number BY396022, from

1

Scheels, a licensed dealer of firearms, did knowingly make a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely answered "yes" to Question 21a on ATF Form 4473: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."

This is a violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Makes False Statements During Firearm Purchase)**

On or about October 16, 2020, in the Southern District of Iowa, the defendant, JOHN CURTIS VEST-WALKER, did knowingly make a false and fictitious written statement and representation with respect to information the law requires the licensed dealer to keep, in connection with the acquisition of a firearm, namely a nine-millimeter Springfield XD with serial number BY396022, from Scheels, a licensed dealer of firearms.

Specifically, the defendant made one or more of the following false representations on ATF Form 4473. First, he falsely responded "Yes" to Question 21a: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf

of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." Second, he falsely responded "No" to Question 21(e): "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: the use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purpose in the state where you reside."

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(False Statement During Purchase of a Firearm)**

On or about January 4, 2021, in the Southern District of Iowa, the defendant, JOHN CURTIS VEST-WALKER, in connection with the acquisition of a firearm, namely a .22 caliber LR Taurus TX 22 with serial number 1PT326855, from Scheels, a licensed dealer of firearms, did knowingly make a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of acquisition of said firearm. Specifically, the defendant falsely answered "yes" to Question 21a on ATF Form 4473: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."

This is a violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

3

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 5**</u>
**(Makes False Statements During Firearm Purchase)**

On or about January 4, 2021, in the Southern District of Iowa, the defendant, JOHN CURTIS VEST-WALKER, did knowingly make a false and fictitious written statement and representation with respect to information the law requires the licensed dealer to keep, in connection with the acquisition of a firearm, namely a .22 caliber LR Taurus TX 22 with serial number 1PT326855, from Scheels, a licensed dealer of firearms.

Specifically, the defendant made one or more of the following false representations on ATF Form 4473. First, he falsely responded "Yes" to Question 21a: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." Second, he falsely responded "No" to Question 21(e): "Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? Warning: the use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purpose in the state where you reside."

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>**Count 6**</u>
**(Conspiracy)**

From on or about May 12, 2020 to on or about January 4, 2021, in the Southern District of Iowa, the defendant, JOHN CURTIS VEST-WALKER, did knowingly conspire and agree with persons known and unknown to the grand jury, to commit an offense against the United States, namely, knowingly making false and fictitious written statements to licensed firearms dealers in connection with the acquisition of firearms, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(1)(A), and did, in furtherance of the conspiracy and to achieve the objects thereof, commit and caused to be committed the following overt acts, among others:

1. Defendant JOHN CURTIS VEST-WALKER did knowingly make false and fictitious written statements to licensed firearms dealers in connection with the acquisition of firearms on multiple occasions in the Southern District of Iowa from on or about May 12, 2020 to on or about January 4, 2021.

2. Each of the allegations in Counts 2 through 5 of this Indictment are incorporated and realleged herein as further overt acts.

This is a violation of Title 18, United States Code, Section 371.

**THE GRAND JURY FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

Upon conviction for the offenses alleged in Counts 1-6 of this Indictment, the defendant, JOHN CURTIS VEST-WALKER, shall forfeit to the United States,

pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1-6 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Torrie J. Schneider
Assistant United States Attorney